THOMAS L. LYONS and Another v. ELIZABETH WHITE WYLDE, Individually

and as Trustee, etc., and Others, Defendants, Impleaded with ELEVATOR SUPPLIES COMPANY, INC.— Motion granted.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.